UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| LEE CLEMENTS,<br><br>        Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>        Defendants. | Case No: 1:18-cv-1493-TSE-MSN<br><br><br>*ELECTRONICALLY FILED* |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Lee Clements ("Plaintiff"), and Defendant Capital One Bank (USA), N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

JOINTLY SUBMITTED BY:

*/s/ John D. Sadler (with permission)*
John D. Sadler (VA Bar No. 80026)
BALLARD SPAHR LLP
1909 K Street, NW – 12th Floor
Washington, DC 20006-1157
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
sadlerj@ballardspahr.com
*COUNSEL FOR DEFENDANT*

*/s/ Francis A. Webb*
Francis Alexander Webb
Law Office F A Webb, PLLC
4103 Chain Bridge Rd.,Suite 300
Fairfax, VA 22030
Tel: (703) 539-2003
Email: frank@fawebb.com
*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 27th day of June 2019, I electronically filed the foregoing Stipulation of Dismissal using the CM/ECF System, which will notify all registered parties.

John D. Sadler (VA Bar No. 80026)
BALLARD SPAHR LLP
1909 K Street, NW – 12th Floor
Washington, DC 20006-1157
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
sadlerj@ballardspahr.com
*COUNSEL FOR DEFENDANT*

                                    */s/ Francis A. Webb*
                                    Francis Alexander Webb
                                    Law Office F A Webb, PLLC
                                    4103 Chain Bridge Rd., Suite 300
                                    Fairfax, VA 22030
                                    Tel: (703) 539-2003
                                    Email: frank@fawebb.com